IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA PLAZA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>REBECCA RHYNHART,<br><br>　　　　　　　　Defendant. | CIVIL ACTION<br>NO. 18-659 |

**ORDER**

**AND NOW**, this 29th day of July 2020, it is **ORDERED** that the Clerk of Court shall close this case for statistical purposes.[1]

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

---

[1] On April 13, 2018, the Court entered an Order (Doc. No. 5), consolidating this case with Civil Action Number 18-279 and Civil Action Number 18-658. On August 21, 2019, the Court issued an Order in Civil Action Number 18-279 granting the Defendant's Motion for Summary Judgment and closing the case for statistical purposes. (See Case No. 18-cv-279, Doc. No. 26.) Despite the consolidation of the actions, however, the above-captioned case was not also closed. Accordingly, this Order will direct the Clerk of Court to close this case for statistical purposes.